| | |
|---|---|
| 1 | COUNSEL FOR PLAINTIFFS AND PROPOSED CLASS LISTED ON NEXT PAGE |
| 2 | |
| 3 | MALCOLM A. HEINICKE (State Bar No. 194174)<br>malcolm.heinicke@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 4 | 560 Mission Street<br>Twenty-Seventh Floor |
| 5 | San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |
| 6 | Facsimile: (415) 512-4077 |
| 7 | TERRY E. SANCHEZ (State Bar No. 101318)<br>terry.sanchez@mto.com |
| 8 | KATHERINE M. FORSTER (State Bar No. 217609)<br>katherine.forster@mto.com |
| 9 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue |
| 10 | Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 |
| 11 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 12 | |
| 13 | Attorneys for Defendant<br>FIDELITY BROKERAGE SERVICES LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FIDELITY OVERTIME LITIGATION | MASTER FILE: 06-7765 (AHM) (CWx) |
| This document relates to: ALL ACTIONS | **SECOND STIPULATION RE: AMENDMENT OF THE STIPULATION REGARDING SETTLEMENT OF CLASS AND COLLECTIVE ACTIONS**<br><br>[MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTIONS HEARD AND GRANTED ON MARCH 3, 2008]<br><br>**The Honorable A. Howard Matz** |

4622038.2

STIPULATION RE: AMENDMENT OF THE STIPULATION REGARDING SETTLEMENT OF CLASS AND COLLECTIVE ACTIONS; MASTER FILE: 06-7765

1  MARK YABLONOVICH (SBN 186670)
       MYablonovich@InitiativeLegal.com
2  MARC PRIMO (SBN 216796)
       MPrimo@InitiativeLegal.com
3  JOSEPH CHO (SBN 198844)
       JosephCho@InitiativeLegal.com
4  GREGORY YU (SBN 230520)
       GYu@InitiativeLegal.com
5  INITIATIVE LEGAL GROUP LLP
   1800 Century Park East, Second Floor
6  Los Angeles, California 90067
   Telephone:  (310) 556-5637
7  Facsimile:  (310) 861-9051
   Interim Lead Counsel and Attorneys for
8  Plaintiffs Gregory J. Bolduc and Yancy Berry

9  JOSEPH H. MELTZER (pro hac vice)
       jmeltzer@sbtklaw.com
10 GERALD D. WELLS, III (pro hac vice)
       gwells@sbtklaw.com
11 ROBERT J. GRAY (pro hac vice)
       rgray@sbtklaw.com
12 LISA MELLAS (pro hac vice)
       lmellas@sbtklaw.com
13 SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   280 King of Prussia Road
14 Radnor, PA 19087
   Telephone:  (610) 667-7706
15 Facsimile:  (610) 667-7056
   Associate Counsel and Attorneys for
16 Plaintiffs Jason Coles and Efren Infante

17 EDWARD J. WYNNE (SBN 165819)
       ewynne@wynnelawfirm.com
18 J.E.B. PICKETT (SBN 154394)
       jebpickett@wynnelawfirm.com
19 WYNNE LAW FIRM
   100 Drakes Landing Road, Ste. 275
20 Greenbrae, CA 94904
   Telephone:  (415) 461-6400
21 Facsimile:  (415) 461-3900
   Associate Counsel and Attorneys for
22 Plaintiffs Jason Coles and Efren Infante

23
24
25
26
27
28

4622038.1

2ND STIPULATION RE: AMENDMENT OF THE STIPULATION REGARDING SETTLEMENT OF CLASS AND COLLECTIVE ACTIONS; MASTER FILE: 06-7765

WHEREAS, Plaintiff Gregory Bolduc ("Plaintiff Bolduc") filed a putative class action against Fidelity Brokerage Services LLC ("Fidelity") alleging various employment claims including claims for the alleged failure to pay overtime, and Plaintiff Jason Coles ("Plaintiff Coles") has also filed a putative class and collective action against Fidelity making similar claims;

WHEREAS, the Court has consolidated these two actions into the above-captioned proceeding and appointed counsel for Plaintiff Bolduc and Plaintiff Berry as interim lead counsel in the matter, and as such, counsel for Plaintiff Bolduc and Plaintiff Berry has, among other things, authority to enter stipulations and conduct settlement negotiations with Fidelity;

WHEREAS, the parties (through counsel for all parties) have conducted a mediation session and have reached a settlement agreement, and the parties sought preliminary approval of that settlement and associated authority to send notices to the proposed classes;

WHEREAS, the Court denied this request without prejudice and permitted the parties to renew their request for such preliminary approval;

WHEREAS, the parties renewed their motion for preliminary approval of the settlement, and in doing so, addressed the initial issues raised by the Court;

WHEREAS, a hearing on this renewed motion for preliminary approval was held before the Court on March 3, 2008 at 10:00 a.m.;

WHEREAS, at this hearing, the Court granted preliminary approval for the settlement as requested and authorized notice to the classes as requested, but in doing so, conditioned preliminary approval on the parties agreeing to two changes to the proposed California Notice and the proposed National Notice: (a) the addition of a sentence specifying the names of the California Class Representatives in the California Notice, and the addition of a sentence specifying the names of the National Class Representatives in the National Notice; and (b)

1  the addition of a provision in the notice allowing both California and National
2  Class Members to view the entire Stipulation of settlement through a website;
3         WHEREAS, Paragraphs 2.11.7 and 2.11.9 of the Stipulation
4  Regarding Settlement Of Class And Collective Actions authorize the parties,
5  through counsel, to amend the settlement agreement, and counsel signing below
6  represent that they have express authority from their clients to enter this
7  stipulation;
8         WHEREAS, pursuant to the terms of the settlement agreement they
9  initially executed, the parties hereby revise the settlement agreement to
10 accommodate the additional conditions imposed by the Court, and in particular,
11 they amend the pertinent California Notice and the National Notice accordingly --
12 a revised copy of the California Notice (with the changes reflected in "red-line") is
13 attached as Exhibit A to this pleading, and a revised copy of the National Notice
14 (with the changes reflected in "red-line") is attached as Exhibit B to this pleading;
15 ///
16 ///
17 ///

IT IS HEREBY STIPULATED that the California Notice and the Nation Notice be amended as reflected in the attached exhibits and that the Claims Administrator will make the Stipulation viewable to California and Class Members per the procedures set forth in the revised notices during the Class Period.

DATED: March 12, 2008        INITIATIVE LEGAL GROUP LLP

By: _____

Attorneys for Plaintiffs Gregory Bolduc and Yancy Berry and Interim Lead Counsel

DATED: March ___, 2008       SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP

By: _____

Gerald D Wells III
Associate Class Counsel and Counsel to Plaintiff Jason Coles and Efren Infante

DATED: March ___, 2008       MUNGER, TOLLES & OLSON LLP

By: _____

Attorneys for Defendant
FIDELITY BROKERAGE SERVICES LLC

PURSUANT TO STIPULATION, THE ABOVE-STATED MODIFICATIONS ARE DEEMED ACCEPTABLE, AND THE CONDITIONS IMPOSED ON THE ORDER GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT ARE DEEMED SATISFIED.

_____
The Honorable A. Howard Matz
United State District Judge

1  IT IS HEREBY STIPULATED that the California Notice and the
2  Nation Notice be amended as reflected in the attached exhibits and that the Claims
3  Administrator will make the Stipulation viewable to California and Class
4  Members per the procedures set forth in the revised notices during the Class
5  Period.

6  DATED: March __, 2008                INITIATIVE LEGAL GROUP LLP

8                                       By: _____
9                                       Attorneys for Plaintiffs Gregory Bolduc
                                        and Yancy Berry and Interim Lead
10                                      Counsel

12 DATED: March 12, 2008                SCHIFFRIN, BARROWAY, TOPAZ &
13                                      KESSLER, LLP

                                        By: /s/ _____
15
                                        Gerald D Wells III
16                                      Associate Class Counsel and Counsel to
                                        Plaintiff Jason Coles and Efren Infante

18 DATED: March __, 2008                MUNGER, TOLLES & OLSON LLP

20                                      By: _____
21                                      Attorneys for Defendant
                                        FIDELITY BROKERAGE
22                                      SERVICES LLC

23 PURSUANT TO STIPULATION, THE ABOVE-STATED MODIFICATIONS
   ARE DEEMED ACCEPTABLE, AND THE CONDITIONS IMPOSED ON THE
24 ORDER GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT
25 ARE DEEMED SATISFIED.

                                        _____
                                        The Honorable A. Howard Matz
                                        United State District Judge

1  IT IS HEREBY STIPULATED that the California Notice and the
2  Nation Notice be amended as reflected in the attached exhibits and that the Claims
3  Administrator will make the Stipulation viewable to California and Class
4  Members per the procedures set forth in the revised notices during the Class
5  Period.

6  DATED: March __, 2008          INITIATIVE LEGAL GROUP LLP

8                                 By: _____
9                                 Attorneys for Plaintiffs Gregory Bolduc
                                  and Yancy Berry and Interim Lead
10                                Counsel

12 DATED: March __, 2008          SCHIFFRIN, BARROWAY, TOPAZ &
13                                KESSLER, LLP

14                                By: _____
15
16                                Gerald D Wells III
                                  Associate Class Counsel and Counsel to
                                  Plaintiff Jason Coles and Efren Infante

18 DATED: March 12, 2008          MUNGER, TOLLES & OLSON LLP
19
20                                By: /s/ [signature]

21                                Attorneys for Defendant
                                  FIDELITY BROKERAGE
22                                SERVICES LLC

23 PURSUANT TO STIPULATION, THE ABOVE-STATED MODIFICATIONS
24 ARE DEEMED ACCEPTABLE, AND THE CONDITIONS IMPOSED ON THE
   ORDER GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT
25 ARE DEEMED SATISFIED.

26
27                                _____
                                  The Honorable A. Howard Matz
28                                United State District Judge