1

# EXHIBIT A

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4622038.1                    - 4 -        2ND STIPULATION RE: AMENDMENT OF THE
                                          STIPULATION RE SETTLEMENT OF CLASS AND
                                          COLLECTIVE ACTIONS; MASTER FILE: 06-7765

1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10    IN RE FIDELITY                    MASTER FILE: 06-7765
                                              (AHM) (CWx)
11    OVERTIME LITIGATION

12    This document relates to:

13    ALL ACTIONS                     [PROPOSED] NOTICE TO CLASS
                                     **MEMBERS RE: PENDENCY OF A CLASS**
14                                   **ACTION AND NOTICE OF HEARING ON**
                                     **PROPOSED SETTLEMENT**
15
                                     [THE CALIFORNIA NOTICE]
16

17

18

19

20

21

22

23

24

25

26

27

28

2a9429ace883789e

**THIS NOTICE MAY AFFECT YOUR RIGHTS;
PLEASE READ IT CAREFULLY.
PLEASE DO NOT CONTACT THE COURT OR
FIDELITY BROKERAGE SERVICES REGARDING THIS MATTER.**

**THE FOLLOWING RECITATION DOES NOT CONSTITUTE THE FINDINGS OF THE
COURT.  IT SHOULD NOT BE UNDERSTOOD TO BE AN EXPRESSION OF THE
COURT'S VIEWS ON THE MERITS OF ANY CLAIM OR DEFENSE RAISED BY THE
PARTIES.**

## I.    INTRODUCTION AND SUMMARY

This is to notify you of two lawsuits, filed on November 16, 2006 and December 7, 2006 respectively, against Fidelity Brokerage Services LLC ("Fidelity") concerning the compensation of Investment Representatives (who during the relevant time period, may have been called various titles including, without limitation, Investment Representatives, Investments Representatives or Financial Representatives II).  The two lawsuits, entitled *Bolduc v. Fidelity Brokerage Services, LLC*, Case No. CV-06-8176 AHM (CWx), United States District Court for the Central District of California, and *Coles v. FMR Corporation*, Case No. CV-06-7765 AHM (CWx), United States District Court for the Central District of California, which have been consolidated, collectively allege that the Class Representatives and those similarly situated to them in California were misclassified as "exempt" employees, *i.e.*, employees who under pertinent state and federal laws are exempt from premium overtime wage requirements, meal and rest period requirements, and other pertinent California and federal wage and hour requirements. The lawsuits also collectively allege on behalf of the Class Representatives and those similarly situated to them in California that Fidelity failed to comply with various other California employment laws and regulations relating to recordkeeping, the provision of meal and rest periods, wage deductions and the timing of wage payments.  The lawsuits are collectively brought on behalf of all current and former Investment Representatives employed by Fidelity in California at any point between November 16, 2002 and March 31, 2008 (the "California Class").  The California Class Representatives are Gregory Bolduc, Jason Coles and Yancy Berry.

Fidelity takes very seriously its reputation as a responsible company and employer, and its obligations to abide by relevant regulations.  Fidelity has reviewed the claims in these

1   lawsuits in detail, and has denied any wrongdoing or liability in this matter and maintains that it

2   compensated its employees fairly and in accordance with legal obligations.  Although Fidelity

3   believes that it has ample legal and factual grounds for defending and defeating the claims at

4   hand, it has chosen to work with the Class Representatives and their counsel to resolve this matter

5   in order to avoid the further expense and burden of litigation pursuant to the procedure set forth in

6   this Notice.

7            The purpose of this Notice is to inform you of a pending settlement agreement and

8   your rights under it.  You have received this Notice because Fidelity's records suggest that you

9   may be one of the current or former Investment Representatives employed by Fidelity in

10   California who, unless you opt out, will be deemed a part of the California Settlement Class, and

11   may be eligible to participate in the settlement.  This Notice will provide instructions on the

12   options available to you – in particular, it will explain how you can either seek to participate in

13   this settlement by submitting a claim for monetary payment, opt out of the settlement altogether

14   or take other or no actions.

15            **Please understand that this is not a notice of a lawsuit against you.  You have**

16   **not been sued.**  Fidelity takes no position as to how class members should respond to this Notice.

17   Pertinent laws require Fidelity to refrain from retaliating against any class members for exercising

18   the rights described in this Notice, the aforementioned lawsuits and/or settlement, and Fidelity has

19   agreed to and will abide by this obligation.

20            **II.      DESCRIPTION OF THE UNDERLYING CLAIMS**

21            The first lawsuit at issue in this notice, entitled *Bolduc v. Fidelity Brokerage*

22   *Services, LLC*, Case No. CV-06-8176 AHM (CWx), United States District Court for the Central

23   District of California, was filed on November 16, 2006.  The lawsuit alleges, among other things,

24   that Fidelity had violated certain state and federal employment laws, including without limitation

25   the federal Fair Labor Standards Act ("FLSA"), the California Labor Code, the California

26   Industrial Welfare Commission Wage Orders, and the California Business and Professions Code,

27   in connection with the compensation of its Investment Representatives in California during the

28   timeframe relevant to this suit.  Specifically, on behalf of themselves and others similarly situated

1  to them in California, the named plaintiffs or Class Representatives claimed that Fidelity: (a)

2  should not have classified and compensated Investment Representatives as exempt employees,

3  and instead should have paid them premium overtime wages for overtime worked, if any; (b)

4  failed to keep proper records of class member hours and wages; (c) failed to provide meal and rest

5  periods; (d) made unlawful deductions from class member wages; and (e) failed to make timely

6  payment of wages.

7       The second lawsuit at issue in this notice, entitled *Coles v. FMR Corporation*,

8  Case No. CV-06-7765 AHM (CWx), United States District Court for the Central District of

9  California, was filed on December 7, 2006.   The lawsuit alleges substantially similar claims as

10  the first lawsuit.  It also alleges additional direct claims under the federal FLSA on behalf of the

11  named plaintiffs and the proposed class of current and former Investment Representatives.

12       The two lawsuits were consolidated on May 11, 2007, and a consolidated

13  complaint was filed on behalf of the named plaintiffs or Class Representatives and those current

14  and former Investment Representatives allegedly similarly situated to them in California.

15       Although Fidelity believes that it has ample basis to contest these allegations,

16  Fidelity nevertheless feels it is important to work with the Class Representatives and their counsel

17  in an effort to address these issues.  Accordingly, and subject to court approval, the parties have

18  entered a settlement agreement that provides for the certification of a California Class consisting

19  of current and former Investment Representatives employed by Fidelity in California at any point

20  between November 16, 2002 and March 31, 2008.

21       Subject to Court approval and other conditions, this settlement will provide for the

22  payment of a settlement sum to individuals in the California Class who properly submit claim

23  forms and confirm their eligibility to participate.  The terms of this settlement as they apply to

24  California Class Members will be discussed in greater detail below.

25  **III.    DESCRIPTION OF THE SETTLEMENT**

26       On behalf of other members of the California Settlement Class, the Class

27  Representatives have reached a voluntary settlement agreement with Fidelity.  Through this

28  settlement, neither Fidelity nor any of their affiliates or employees have admitted any liability or

4439759.1                                   4                       CALIFORNIA NOTICE
                                                                    (MASTER FILE: 06-7765)

1   wrongdoing.  A full copy of the settlement agreement, which is entitled the Stipulation Re:

2   Settlement of Class and Collective Actions, as preliminarily approved by the Court, can be

3   viewed at the following website: www.case06-7765.com.  If you visit that website, you will be

4   asked to enter an identifier code to view the Stipulation, and that code is 067765.  In addition, the

5   agreement as well as other public documents filed with regard to this matter can be inspected in

6   the Office of the Court Clerk.  Please see Section IX of this Notice for further details.

7   **Under the terms of the settlement, California Class Members who do not opt**

8   **out of the settlement will remain subject to the judgment and be precluded from bringing**

9   **similar claims against Fidelity or any of its affiliates in the future.  Specifically, under this**

10  **judgment and as set forth in greater detail below, all California Class Members who do not**

11  **opt out of the settlement, whether they submit claim forms or not, will be precluded from**

12  **bringing any future claims concerning allegations that they were misclassified as an exempt**

13  **employee, including without limitation claims seeking unpaid premium overtime wages,**

14  **unpaid hourly wages, and remedies relating to meal/rest period, recordkeeping and timing**

15  **of wage payment requirements.**

16  Each California Class Member who does not opt out of the settlement and who

17  demonstrates his or her eligibility to participate in the settlement by timely submitting a

18  qualifying claim form will receive a payment in an amount determined by the number of months

19  in which he or she worked as an Investment Representative in California between November 16,

20  2002 and March 31, 2008.  Specifically, pursuant to these calculations and under the terms of this

21  settlement, if a California Class Member does not opt out of the settlement and also submits a

22  qualifying claim form and properly becomes a California Participating Claimant, he or she will

23  receive payment in a gross amount, less required deductions and/or withholdings, equal to his or

24  her number of months worked as an Investment Representative at Fidelity in California between

25  November 16, 2002 and March 31, 2008 multiplied by a settlement variable.  Specifically, for

26  each Qualifying California Work Month during which an eligible California Class Member was

27  employed as an Investment Representative, he or she will receive approximately three hundred

28  dollars.  Thus, for example, if a California Participating Claimant worked twelve Qualifying

1   California Work Months as an Investment Representative, he or she would be entitled to a gross

2   payment of approximately thirty-six hundred dollars, less pertinent withholdings and deductions.

3         Fidelity records demonstrate that you, the California Class Member receiving this

4   Notice, worked as an Investment Representative for Fidelity in California for [MERGE] months

5   between November 16, 2002 and March 31, 2008.  Accordingly, if you submit a qualifying claim

6   form and become a California Participating Claimant, you will receive a total gross payment of

7   approximately [MERGE], less withholdings and pertinent deductions.  If you feel that the number

8   of work months set forth above (again for the pertinent period only) is inaccurate, you may

9   contact Class Counsel and pursue this dispute through them.

10         A portion of any payment made to a California Participating Claimant will be

11   subject to required wage withholdings and deductions, and so the net payable amount will be less

12   than the gross amount of the settlement sum.  Specifically, Fidelity will report fifty percent (50%)

13   of this payment to relevant government entities as a wage payment, and the remaining fifty

14   percent (50%) as a non-wage payment.  Fidelity reserves the right to make any required

15   withholdings or deductions as required by applicable law, and California Class Members should

16   be advised that Fidelity will report any payments made pursuant to this agreement to the Internal

17   Revenue Service and other relevant government entities (if any) as required by law.

18         Each California Class Member will be solely responsible for reporting any

19   payment received pursuant to this settlement and for paying any taxes associated with the same.

20   Neither the Class Representatives, Class Counsel nor Fidelity makes any representations

21   concerning the tax consequences of this settlement or your participation in it, and **California**

22   **Class Members are advised to consult a licensed accountant or tax preparer in connection**

23   **with this Notice.**

24         Subject to final approval by the Court, the attorneys for the Class Representatives

25   and the California Class (herein "Class Counsel") will be paid a sum sufficient to compensate

26   them for their services in this matter.  Fidelity will pay this sum to Class Counsel, which will be

27   in a maximum gross amount of $437,500, which is twenty-five percent (25%) of the total

28   maximum amount that Fidelity could (but not necessarily will) pay under the entire consolidated

1   settlement reached in this action.  Fidelity will also pay the Class Representatives the total,

2   combined maximum gross amount of $67,000 as an "enhancement award" for their services as

3   the Class Representatives in this matter, and also in exchange for general releases.  California

4   Class Members will not be required to compensate Class Counsel or the Class Representatives in

5   any manner.

6           **Only those individuals who remain Members of the California Class will be**

7   **eligible to participate in this settlement and receive payment under this agreement, and only**

8   **those individuals who submit qualifying claim forms will receive payment.  All individuals**

9   **who do not opt out will be subject to the judgment and associated waiver or release of**

10  **related claims, regardless of whether they submit a claim form.  On the other hand, those**

11  **California Class Members who opt out of the settlement will neither be eligible to receive**

12  **any payment pursuant to this settlement, nor be bound by the judgment and associated**

13  **waiver or release of related claims.**

14          **IV.   CERTIFICATION AND HEARING THEREON**

15          Following a hearing on or about March 3, 2008, pursuant to the procedures for the

16  approval of class actions and Rule 23 of the Federal Rules of Civil Procedure and the procedures

17  for collective actions under the FLSA, the Court granted preliminary approval for the settlement

18  of this matter as a class and collective action and scheduled a hearing on final approval for

19  August 11, 2008.  This hearing will take place before the Honorable A. Howard Matz in

20  Courtroom 14 of the United States District Courthouse for the Central District of California, 312

21  N. Spring Street, Los Angeles, California, 90012.  Members of the California Class can express

22  their views on the settlement at or before this hearing but you are not required to do so, nor are

23  you required to attend this hearing to exercise any of your rights.  California Class Members can

24  exercise either their right to obtain payment or opt out by following the instructions contained in

25  this Notice; again, **no appearance at the hearing** is required.

26          In addition to scheduling this hearing, the Court approved this Notice and

27  approved the parties' request to mail this Notice to all Members of the California Class.  This

28  conditional certification order does not reflect the Court's opinion on the merits of any claim or

4439759.1                                    7                        CALIFORNIA NOTICE
                                                                      (MASTER FILE: 06-7765)

1   defense raised by the parties.

2           **V.    THE PEOPLE RECEIVING THIS NOTICE**

3          The Class Representatives have brought this action as a class and collective action.

4   In class and collective actions, one or more persons bring claims on behalf of themselves and

5   others who purportedly are in similar situations or have similar claims. In other words, the Class

6   Representatives are seeking to represent those who are purportedly similarly situated and thus

7   may also have similar or related claims. In order to ensure that all California Class Members are

8   given an adequate opportunity to protect their rights, this Notice is being mailed to the last known

9   addresses of all California Class Members, and address verification measures have been taken.

10           **VI.    CORRECTIONS TO NAME OR ADDRESS**

11          If, for any future reference or mailings, the recipient of this Notice, *i.e.*, you, wish

12   to change the name or address listed on the envelope in which this Notice was sent, please either

13   complete and mail the form entitled "Change of Name and/or Address Information" attached to

14   this Notice as Form A. All requests for name or address changes must be postmarked on or

15   before the deadline specified on the form to be honored.

16         **VII.   THE RIGHTS AND OPTIONS OF CALIFORNIA CLASS MEMBERS**

17          You have received this Notice because Fidelity's records suggest that you are

18   currently a member of the conditionally certified California Class. Specifically, these records

19   suggest that you were employed by Fidelity as an Investment Representative in California during

20   the pertinent period. Current members of the California Class have several options:

21          **First**, current California Class Members, including you, may remain Members of

22   the California Settlement Class and seek to participate in the settlement by submitting a claim for

23   payment. To remain a Member of the California Settlement Class, you need not take any action;

24   California Class Members who do not submit opt out forms will remain in the California

25   Settlement Class, will be subject to the judgment rendered in connection with this action and

26   settlement, and will be deemed to have forever released and discharged Fidelity and all of its past

27   and present affiliates, directors, officers and employees from any and all claims relating to this

28   action and settlement as described in greater detail below.

4439759.1

8

1    California Class Members who choose this option and remain in the California

2    Settlement Class will be represented by the Class Representatives and Class Counsel.  There are

3    three law firms acting as Class Counsel in this matter:

4    MARK YABLONOVICH
     MARC PRIMO
5    JOSEPH CHO
     GREGORY YU
6    INITIATIVE LEGAL GROUP LLP
     1800 Century Park East, Second Floor
7    Los Angeles, California 90067
     Telephone:     (310) 556-5637
8    JosephCho@InitiativeLegal.com

9

10   JOSEPH H. MELTZER
     GERALD D. WELLS, III
11   ROBERT J. GRAY
     LISA MELLAS
12   SCHIFFRIN BARROWAY TOPAZ &
     KESSLER, LLP
13   280 King of Prussia Road
     Radnor, PA 19087
14   Telephone:     (610) 667-7706
15   gwells@sbtklaw.com

16   EDWARD J. WYNNE
     J.E.B. PICKETT
17   WYNNE LAW FIRM
     100 Drakes Landing Road, Ste. 275
18   Greenbrae, CA 94904
19   Telephone:     (415) 461-6400
     ewynne@wynnelawfirm.com

20

21          Alternatively, California Class Members who do not opt out of the California

22   Settlement Class may participate in this action at their own expense by retaining their own

23   attorneys.  California Class Members who choose this option will be responsible for any attorney

24   fees or costs incurred as a result of this election.

25          If you choose to remain a member of the California Settlement Class and properly

26   and timely submit a claim form, you will, in addition to being subject to the judgment rendered in

27   connection with this action and settlement, become a California Participating Claimant and

28   receive payment pursuant to the settlement agreement (and the terms set forth above in Section

4439759.1                                9                        CALIFORNIA NOTICE
                                                                  (MASTER FILE: 06-7765)

Exh. A, Page 13

III), provided that the responses on your claim form reveal that you are eligible to participate in the settlement. In other words, only California Settlement Class Members that properly and timely submit claim forms can receive payment, if their forms demonstrate their eligibility for such payments, *i.e.*, if the class member confirms that he or she worked overtime at some point during the relevant period. California Class Members who wish to submit a claim should review and then fully complete, execute and mail the green form entitled "California Settlement Claim Certification Form" attached to this Notice as Form C, in the manner and by the deadline specified on the form. The submission deadline specified on the claim form is final, and claim forms that are not postmarked on or before that date will not be honored.

California Class Members who do not opt out of the California Settlement Class may also object to the terms or nature of the settlement at or prior to the hearing on the settlement using the procedure set forth below in Section VIII.

**Second**, current California Class Members may elect to "opt out" of the California Settlement Class and thus exclude themselves from this action and the associated settlement and judgment. California Class Members who opt out of this action would remain free, subject to the statute of limitations and applicable statutory, common law or other restrictions, to bring otherwise viable claims against Fidelity for their alleged misclassification as exempt employees, unpaid wages, and remedies relating to meal/rest period, recordkeeping and timing of wage payment requirements. California Class Members who wish to exercise this option should review and then fully complete, execute and mail the yellow form entitled "Election to Opt Out of Settlement and Class Action" attached to this Notice as Form B, in the manner and by the deadline specified on the form. The submission deadline specified on the opt out form is final, and opt out forms that are not postmarked on or before that date will not be honored. California Class Members who opt out of this lawsuit and the associated settlement forfeit their right to submit a claim for payment under the specific settlement described herein.

Again, whether they submit a claim for payment or not, all Members of the California Class who do not opt out of the settlement using the procedure discussed above shall be subject to the judgment connected with this action and associated settlement. This means they

1    shall be deemed to have forever released and discharged Fidelity and all its past and present

2    affiliates, including without limitation FMR LLC, and each of these entities' directors, officers,

3    employees, partners, members, principals, agents, insurers, co-insurers, re-insurers, shareholders,

4    attorneys, and personal or legal representatives (collectively "The Fidelity Releasees") from any

5    and all claims, including unknown claims, demands, rights, liabilities and causes of action of

6    every nature and description whatsoever including without limitation statutory, constitutional,

7    contractual or common law claims, whether known or unknown, whether or not concealed or

8    hidden, whether arising under federal or state law, against The Fidelity Releasees including

9    without limitation claims for wages, damages, unpaid costs, penalties, liquidated damages,

10    punitive damages, interest, attorney fees, litigation costs, restitution, or equitable relief, that

11    accrued prior to March 31, 2008 as a result of the California Class Member's employment as an

12    Investment Representative in California for any of The Fidelity Releasees, based on the following

13    categories of claims or allegations: (a) any and all claims alleging or relating to alleged

14    misclassification as an exempt employee, including without limitation any and all claims for

15    failure to pay regular or overtime wages, failure to pay minimum wages, failure to provide

16    sufficient meal and/or rest periods and/or to pay premiums in lieu thereof, failure to comply with

17    payroll or wage record-keeping or itemization requirements, and failure to timely pay wages due

18    at termination or otherwise; (b) any and all claims alleging statutory violations arising from the

19    same categories of allegations set forth immediately above in subsection (a), including without

20    limitation claims under the FLSA, the Portal to Portal Act, California Labor Code sections 218,

21    226, 226.7 and 1194 and California Business & Professions Code section 17200 et seq.; (c) any

22    and all claims for penalties or liquidated damages or other available remedies arising from the

23    categories of allegations set forth immediately above in subsections (a) and (b), including without

24    limitation claims under the FLSA, Portal to Portal Act, California Labor Code sections 203, 226,

25    226.7, 512, 1194, and 2698 et seq., and applicable California Industrial Welfare Commission

26    Wage Orders; (d) any and all claims for interest, costs, or attorney fees arising from the categories

27    of allegations set forth immediately above in subsections (a) and (b), including without limitation

28    claims under the California Labor Code sections 218.5 & 1194, California Code of Civil

4439759.1                       11                      CALIFORNIA NOTICE

(MASTER FILE: 06-7765)

1   Procedure section 1021.5, and Federal Rule of Civil Procedure 23(h); and (e) to the extent not

2   covered by the above, any and all claims pled in the current, operative version of the complaint in

3   the Litigation.  The release specifically includes claims under the California Private Attorney

4   Generals Act of 2004, codified at California Labor Code section 2698 et seq., for which the

5   California Class was granted additional consideration in the amount of $20,000, $15,000 of which

6   shall be paid by Fidelity to the California Labor and Workforce Development Agency pursuant to

7   this settlement, and $5,000 of which will be available in the class member claims process.

8   Furthermore, notwithstanding the foregoing, California Settlement Class Members who do not

9   become California Participating Claimants will not release or waive direct FLSA claims (as

10  opposed to indirect FLSA claims, such as claims under the Unfair Competition Law, codified at

11  California Business and Professions Code section 17200, predicated on alleged FLSA violations)

12  but will waive and release all other claims set forth above.

13          Through this release, all California Settlement Class Members, *i.e.*, people who do

14  not opt out of the settlement, shall be deemed to have, and by operation of the judgment shall

15  have, expressly waived, as it pertains to Released Claims, the rights and benefits of California

16  Civil Code § 1542, which provides:

17          A general release does not extend to claims which the creditor does
            not know or suspect to exist in his or her favor at the time of
18          executing the release, which if known by him or her must have
            materially affected his or her settlement with the debtor.
19

20                      **VIII.   HEARING ON SETTLEMENT**

21          The Court will hold a hearing on whether to approve this settlement on August 11,

22  2008 at 10:00 a.m.  This hearing will take place before the Honorable A. Howard Matz in

23  Courtroom 14 of the United States District Courthouse for the Central District of California, 312

24  N. Spring Street, Los Angeles, California, 90012.  California Class Members may express their

25  views on or state any objections to the settlement at or prior to this hearing, provided that they

26  must submit written objections to Class Counsel at the addresses listed above in Section VII no

27  later than **[Notice Response Deadline]** if they wish to object at the hearing.  Class Counsel will

28  present any timely written objections to the Court.  Late written objections will not be valid.

4439759.1                         12                      CALIFORNIA NOTICE
                                                          (MASTER FILE: 06-7765)

1        **Attendance at this hearing is completely optional; attendance at the hearing is**

2   **not required to participate in the settlement or to opt out of the lawsuit.**

3        **IX.    EXAMINATION OF PAPERS FILED IN THIS ACTION**

4        This Notice does not fully describe the action. A copy of the settlement agreement

5   in full can be viewed at the following website:  www.case06-7765.com.  If you visit that website,

6   you will be asked to enter an identifier code to view the Stipulation, and that code is 067765.

7   Members of the public, including but not limited to those whose rights may be affected by this

8   action, may also inspect the files (including the full settlement agreement) through the Court

9   Clerk at the following address:  Office of the Clerk, United States District Court for the Central

10  District of California, 312 N. Spring Street, Los Angeles, California, 90012.

11

12      *PLEASE DO NOT CALL OR WRITE THE COURT OR FIDELITY WITH QUESTIONS*

13                  *REGARDING THIS ACTION.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4439759.1

13

CALIFORNIA NOTICE
(MASTER FILE: 06-7765)

1

**FORM A**

2

3

**FOR**

4

5

**NOTICE TO CLASS MEMBERS RE: PENDENCY OF A CLASS ACTION AND NOTICE**

6

**OF HEARING ON PROPOSED SETTLEMENT**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4439759.1

14

CALIFORNIA NOTICE
(MASTER FILE: 06-7765)

Exh. A, Page 18

**Change of Name and/or Address Information**

Pursuant to Section VI of the Notice to Class Members, I wish to change my name and/or mailing address information to the following:

Name:

Street and Apt. No., if any:

City, State and Zip Code:

For purposes of verification only, I began working at Fidelity in

_____, _____.

(Month)                    (Year)

I understand that all future correspondence in this action, including but not necessarily limited to important notices or payments to which I am entitled (if any), will be sent to the address listed above and not to the address previously used.  I hereby request and consent to the use of the address listed above for these purposes.

DATED: _____, 200___          Submitted By:

_____

Print Name

_____

Signature

_____

Date

PLEASE RETURN THIS FORM VIA UNITED STATES MAIL TO:

Rust Consulting, Inc.

Re:  Bolduc/Coles Litigation

P.O. Box _____, Minneapolis, MN 55440-9407

**THIS FORM MUST BE POSTMARKED BY [NOTICE RESPONSE DEADLINE],**

**TO CHANGE YOUR ADDRESS**

1

2                              **FORM B**

3

4                               **FOR**

5

6   **NOTICE TO CLASS MEMBERS RE: PENDENCY OF A CLASS ACTION AND NOTICE**

7              **OF HEARING ON PROPOSED SETTLEMENT**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Election to Opt Out of Settlement and Class Action**

Pursuant to Section VII of the Notice to Class Members, I understand that I have the option to elect to "opt out" of the California Settlement Class and hereby do exclude myself from this action and the associated settlement and judgment.  I understand that by exercising this option, I will remain free to prosecute my own otherwise valid claims, if any, against Fidelity or its affiliates or successors for misclassification as an exempt employee, unpaid wages, and remedies relating to meal/rest period, recordkeeping and timing of wage payment requirements, subject to the statute of limitations and other applicable restrictions.  I also understand that by electing to opt out, I will be precluded from participating in any settlement or receiving payment or other benefit pursuant to the settlement of or judgment in this action.  I further understand that if I elect to opt out and prosecute my claims on my own, and if I desire representation by an attorney, I will need to hire or otherwise retain an attorney for that purpose at my own expense.

With full understanding of the foregoing, I elect to opt out of the lawsuit and associated settlement.

Name of Class Member (print):

Address:

City, State and Zip Code:

____   PLEASE CHECK THIS BOX IF THIS IS A NEW ADDRESS

Date:   _____

Signature:   _____

PLEASE RETURN THIS FORM VIA UNITED STATES MAIL TO:

Rust Consulting, Inc.

Re:  Bolduc/Coles Litigation

P.O. Box _____, Minneapolis, MN 55440-9407

**THIS FORM MUST BE POSTMARKED BY [NOTICE RESPONSE DEADLINE] TO BE VALID AND EFFECTIVE.**

1

**FORM C**

2

3

**FOR**

4

5     **NOTICE TO CLASS MEMBERS RE: PENDENCY OF A CLASS ACTION AND NOTICE**

6                    **OF HEARING ON PROPOSED SETTLEMENT**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **California Settlement Claim Certification Form** |
| 2 |        Pursuant to Section VII of the Notice, I hereby wish to submit a claim to |
| 3 | participate in the settlement of this matter, and I hereby answer the following questions (designed |
| 4 | to determine my eligibility for a settlement payment): |
| 5 |        I confirm that I was employed by Fidelity in California at some point between |
| 6 | November 16, 2002 and March 31, 2008 as an Investment Representative (which includes, |
| 7 | without limitation, positions with the title Investor Center Investment Representative, Investments |
| 8 | Representative or Financial Representative II). |
| 9 |        In addition, I confirm that while in this position, during the period from November |
| 10 | 16, 2002 through March 31, 2008, I (check one): |
| 11 |        ____ never worked more than 40 hours per week or 8 hours per day. |
| 12 |        ____ did at some point work more than 40 hours per week or 8 hours per day. |
| 13 |        By submitting this claim form, I acknowledge that I understand that by not |
| 14 | electing to opt out of this settlement, I will be subject to the judgment, waive the protections of |
| 15 | California Civil Code section 1542[1] as set forth in the Notice and be precluded from pursuing all |
| 16 | of the claims, known or unknown described in the Notice. |
| 17 |        I hereby declare under penalty of perjury under the laws of the United Sates of |
| 18 | America and the State of California that the foregoing is true and accurate to the best of my |
| 19 | knowledge. |
| 20 |        <u>Name of Class Member</u> (print): |
| 21 |        <u>Address</u>: |
| 22 |        <u>City, State and Zip Code</u>: |
| 23 |        _____   PLEASE CHECK THIS BOX IF THIS IS A NEW ADDRESS |
| 24 |        Date: _____ |
| 25 |        Signature: _____ |
| 26 | |
| 27 | [1] California Civil Code section 1542 provides that "[a] general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or |
| 28 | her must have materially affected his or her settlement with the debtor." |

| | | |
|---|---|---|
| 4439759.1 | 19 | CALIFORNIA NOTICE (MASTER FILE: 06-7765) |

PLEASE RETURN THIS FORM VIA UNITED STATES MAIL TO:

Rust Consulting, Inc.

Re: Master File: 06-7765/Fidelity Matter

P.O. Box _____, Minneapolis, MN 55440-9407

**THIS FORM MUST BE POSTMARKED BY [NOTICE RESPONSE DEADLINE] TO BE**

**VALID AND EFFECTIVE.**

4439759.1

20