1  COUNSEL FOR PLAINTIFFS AND PROPOSED
   CLASS LISTED ON NEXT PAGE

2  MALCOLM A. HEINICKE (State Bar No. 194174)

3     malcolm.heinicke@mto.com
   MUNGER, TOLLES & OLSON LLP

4  560 Mission Street
   Twenty-Seventh Floor

5  San Francisco, CA  94105-2907
   Telephone:  (415) 512-4000

6  Facsimile:   (415) 512-4077

7  TERRY E. SANCHEZ (State Bar No. 101318)
      terry.sanchez@mto.com

8  KATHERINE M. FORSTER (State Bar No. 217609)
      katherine.forster@mto.com

9  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue

10 Thirty-Fifth Floor
   Los Angeles, CA  90071-1560

11 Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702

12

13 Attorneys for Defendant
   FIDELITY BROKERAGE SERVICES LLC

14        **UNITED STATES DISTRICT COURT**

15        **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17   IN RE FIDELITY | **MASTER FILE: 06-7765** |
| 18   OVERTIME LITIGATION | **(AHM) (CWx)** |
| 19   This document relates to: | **[PROPOSED] JUDGMENT** |
| 20   ALL ACTIONS | |

21

22

23

24

25

26

27

28

**COURTESY COPY**

1   MARK YABLONOVICH (SBN 186670)
        MYablonovich@InitiativeLegal.com
2   MARC PRIMO (SBN 216796)
        MPrimo@InitiativeLegal.com
3   JOSEPH CHO (SBN 198844)
        JosephCho@InitiativeLegal.com
4   GREGORY YU (SBN 230520)
        GYu@InitiativeLegal.com
5   INITIATIVE LEGAL GROUP LLP
    1800 Century Park East, Second Floor
6   Los Angeles, California 90067
    Telephone:  (310) 556-5637
7   Facsimile:   (310) 861-9051
    Interim Lead Counsel and Attorneys for
8   Plaintiffs Gregory J. Bolduc and Yancy Berry

9   JOSEPH H. MELTZER (pro hac vice)
        jmeltzer@sbtklaw.com
10  GERALD D. WELLS, III (pro hac vice)
        gwells@sbtklaw.com
11  ROBERT J. GRAY (pro hac vice)
        rgray@sbtklaw.com
12  LISA MELLAS (pro hac vice)
        lmellas@sbtklaw.com
13  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
    280 King of Prussia Road
14  Radnor, PA 19087
    Telephone:  (610) 667-7706
15  Facsimile:   (610) 667-7056
    Associate Counsel and Attorneys for
16  Plaintiffs Jason Coles and Efren Infante

17

18  EDWARD J. WYNNE (SBN 165819)
        ewynne@wynnelawfirm.com
19  J.E.B. PICKETT (SBN 154394)
        jebpickett@wynnelawfirm.com
20  WYNNE LAW FIRM
    100 Drakes Landing Road, Ste. 275
21  Greenbrae, CA 94904
    Telephone:  (415) 461-6400
22  Facsimile:   (415) 461-3900
    Associate Counsel and Attorneys for
    Plaintiffs Jason Coles and Efren Infante
23

24

25

26

27

28

1    This matter came on for hearing upon the joint application of the

2    Settling Parties for approval of the settlement set forth in the Stipulation of

3    Settlement (the "Stipulation").  Due and adequate notice having been given to the

4    California Class and the National Class, and the Court having considered the

5    Stipulation, all papers filed and proceedings had herein and all oral and written

6    comments received regarding the proposed settlement, and having reviewed the

7    record in this Litigation, and good cause appearing,

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS

9    FOLLOWS:

10    1.    The Court, for purposes of this Judgment and Order of

11    Dismissal ("Judgment"), adopts all defined terms as set forth in the Stipulation Re:

12    Settlement of Class and Collective Actions ("Stipulation") filed in this case.

13    2.    The Court has jurisdiction over the subject matter of the Bolduc

14    Litigation and Coles Litigation, the Class Representatives, the Members of the

15    California Settlement Class, the Members of the National Settlement Class, and

16    Fidelity.

17    3.    The Court finds that the distribution of the California Notice and

18    the National Notice as provided for in the Order Granting Preliminary Approval

19    and Settlement Hearing, constituted the best notice practicable under the

20    circumstances to all Persons within the definition of the California Class and

21    National Class, and fully met the requirements of due process under the United

22    States Constitution and California law.  Based on evidence and other material

23    submitted in conjunction with the Settlement Hearing, the actual notices to the

24    California Class and National Class were adequate.  The Court further finds that the

25    Settling Parties have satisfied the requirements of notice to pertinent government

26    agencies set forth in the federal Class Action Fairness Act.

27    4.    The Court finds that the instant Litigation presented a good faith

28    dispute over the payment of wages, and the Court finds in favor of settlement

1    approval.

2          5.      The Court approves the settlement of the above-captioned

3    action, as set forth in the Stipulation, each of the releases and other terms, as fair,

4    just, reasonable and adequate as to the Settling Parties.  The Settling Parties are

5    directed to perform in accordance with the terms set forth in the Stipulation.

6          6.      Except as to any individual claim of those Persons (identified in

7    Attachment A hereto) who have validly and timely requested exclusion from the

8    California Settlement Class, all of the California Released Claims are dismissed

9    with prejudice as to Class Representatives Gregory Bolduc, Jason Coles, and Yancy

10   Berry, and the other Members of the California Settlement Class.  The Settling

11   Parties are to bear their own costs, except as otherwise provided in the Stipulation.

12         7.      Except as to any individual claim of those Persons who did not

13   timely opt in to the National Settlement Class, all of the National Released Claims

14   are dismissed with prejudice as to all of the Class Representatives, and the other

15   Members of the National Settlement Class.  The Settling Parties are to bear their

16   own costs, except as otherwise provided in the Stipulation.

17         8.      Solely for purposes of effectuating this settlement, this Court

18   has certified a class of all Members of the California Settlement Class, as that term

19   is defined in and by the terms of the Stipulation, and the Court deems this definition

20   sufficient for purposes of due process and Rule 23.

21         9.      With respect to the California Settlement Class and for purposes

22   of approving this settlement only, this Court finds and concludes that:  (a) the

23   Members of the California Settlement Class are ascertainable and so numerous that

24   joinder of all members is impracticable; (b) there are questions of law or fact

25   common to the California Settlement Class, and there is a well-defined community

26   of interest among Members of the California Settlement Class with respect to the

27   subject matter of the Litigation; (c) the claims of some or all of the Class

28   Representatives are typical of the claims of the Members of the California

1    Settlement Class; (d) The Class Representatives have fairly and adequately

2    protected the interests of the California Members of the Settlement Class; (e) a class

3    action is superior to other available methods for an efficient adjudication of this

4    controversy; and (f) the counsel of record for The Class Representatives, *i.e.*, Class

5    Counsel, are qualified to serve as counsel for the plaintiffs in their individual and

6    representative capacities and for the California Settlement Class.

7         10.   Solely for purposes of effectuating this settlement, this Court

8    has certified a collective action class of all Members of the National Settlement

9    Class, as that term is defined in and by the terms of the Stipulation, and the Court

10   deems this definition sufficient for purposes of due process and 29 U.S.C. § 216(b).

11        11.   With respect to the National Settlement Class and for purposes

12   of approving this settlement only, this Court finds and concludes that: the National

13   Settlement Class meets the requirements for certification as a collective action class

14   under 29 U.S.C. § 216(b) because the National Settlement Class Members are

15   similarly situated.

16        12.   By this Judgment, the Class Representatives shall release,

17   relinquish and discharge, and each of the California Settlement Class Members

18   shall be deemed to have, and by operation of the Judgment shall have, fully, finally,

19   and forever released, relinquished and discharged all California Released Claims

20   (including Unknown Claims).

21        13.   By this Judgment, the Class Representatives shall release,

22   relinquish and discharge, and each of the National Settlement Class Members shall

23   be deemed to have, and by operation of the Judgment shall have, fully, finally, and

24   forever released, relinquished and discharged all National Released Claims

25   (including Unknown Claims).

26        14.   This Litigation and the underlying Bolduc Litigation and Coles

27   Litigation are hereby dismissed with prejudice.

28

15.   Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any California Released Claim or National Released Claim, or of any wrongdoing or liability of any of The Fidelity Releasees; or (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of The Fidelity Releasees in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.  In the event that the Effective Date does not occur, Fidelity shall not be estopped or otherwise precluded from contesting class or collective action certification in the Litigation on any grounds.  Any of The Fidelity Releasees may file the Stipulation and/or the Judgment from this Litigation in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

16.   The only California Settlement Class Members entitled to payment pursuant to this Judgment are California Participating Claimants, and the only National Settlement Class Members entitled to payment are National Participating Claimants.  Neither the Stipulation nor this Judgment will result in the creation of any unpaid residue or residual, and any funds that would have been paid to California Class Members and National Class Members had they become California Participating Claimants and National Participating Claimants that are not claimed shall remain the property of Fidelity.

17.   Fidelity has agreed to pay Class Counsel their reasonable attorney fees in this matter in the total combined, gross amount of $437,500 as well as certain allowable costs in this matter up to the gross amount of $25,000, and Fidelity has agreed to pay enhancements in the total gross amount of $67,000 to the

4                    [PROPOSED] JUDGMENT
                                                                 (MASTER FILE: 06-7765)

1    Class Representatives to reimburse them for their unique services and their

2    execution of general releases.  The Court finds that these agreements are fair and

3    reasonable.  Fidelity is directed to make such payments in accordance with the

4    terms of the Stipulation.

5         18.    The Court reserves exclusive and continuing jurisdiction over

6    the Litigation, The Class Representatives, the California Settlement Class, the

7    National Settlement Class and Fidelity for the purposes of supervising the

8    implementation, enforcement, construction, administration and interpretation of the

9    Stipulation and this Judgment.

10        19.    This document shall constitute a judgment (and separate

11   document constituting said judgment) for purposes of Federal Rule of Civil

12   Procedure, Rule 58.

13   IT IS SO ORDERED.

14   DATED: August 11, 2008

15                                   _____
                                     The Honorable A. Howard Matz
16                                   United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

1

2
# **ATTACHMENT A**

3
Robert Juday

4
William Gabri

5
Roberto Santos

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6                    [PROPOSED] JUDGMENT
                                                                     (MASTER FILE: 06-7765)

## Poulin, Marsha

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Monday, July 21, 2008 4:45 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-07765-AHM-CW In Re Fidelity Overtime Litigation Motion for Settlement

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Heinicke, Malcolm on 7/21/2008 at 4:45 PM PDT and filed on 7/21/2008

**Case Name:** In Re Fidelity Overtime Litigation
**Case Number:** 2:06-cv-7765
**Filer:** Fidelity Brokerage Services LLC
**Document Number:** 95

**Docket Text:**
**NOTICE OF MOTION AND Joint MOTION for Settlement Approval / for Final Approval of Class and Collection Action Settlement; Memorandum of Points and Authorities in Support Thereof filed by Defendant Fidelity Brokerage Services LLC. Motion set for hearing on 8/11/2008 at 10:00 AM before Judge A. Howard Matz. (Attachments: # (1) Declaration of Claims Administrator Caryn Donly in Support of Joint Motion for Final Approval of Class and Collective Action Settlement, # (2) [Proposed] Judgment, # (3) Proposed Order)(Heinicke, Malcolm)**

**2:06-cv-7765 Notice has been electronically mailed to:**

Joseph H Meltzer    jmeltzer@sbtklaw.com, kmarrone@sbtklaw.com

Joseph Cho    jcho@initiativelegal.com

Katherine Melanie Forster    katherine.forster@mto.com, monica.walker@mto.com, tyler.roozen@mto.com

Robert J Gray    rgray@sbtklaw.com

Malcolm A Heinicke    malcolm.heinicke@mto.com, marsha.poulin@mto.com

7/22/2008

Lisa Mellas    lmellas@sbtklaw.com

John Eastman Brown Pickett    jebpickett@wynnelawfirm.com

Marc Primo    mprimo@initiativelegal.com

Marc G Reich    mgr@reichradcliffe.com

Terry E Sanchez    terry.sanchez@mto.com

Gerald D Wells , III    gwells@sbtklaw.com, eciolko@sbtklaw.com, jbelack@sbtklaw.com

Shawn Charles Westrick    SWestrick@InitiativeLegal.com

Edward J Wynne    ewynne@wynnelawfirm.com

Mark Yablonovich    myablonovich@initiativelegal.com

Gregory Yu    gyu@initiativelegal.com, nzivari@initiativelegal.com

**2:06-cv-7765 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Documents and Settings\clementsm\Desktop\Fidelity Docs\JtMotFinalAppr
(2).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/21/2008] [FileNumber=6202654-0]
[8b32ac9e4f508ce0ff2d5d6ff1bc700b260096c8043088183f1b01f4cf0116330edd
2edfcbc3a08659daac69859c643843d3c5b4acfdd2fda11e9c4595be17cd]]
**Document description:**Declaration of Claims Administrator Caryn Donly in Support of Joint Motion
for Final Approval of Class and Collective Action Settlement
**Original filename:**O:\Documents and Settings\clementsm\Desktop\Fidelity Docs\Donly Dec.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/21/2008] [FileNumber=6202654-1]
[722d8e27b6461eb501ecfbf440ea86de2cc414ed7b1c54e0e4162eef250277de9a8f
acc195a29ba83ff68c00f37e56e71b88e307bfdacebce030f61a1efe6acb]]
**Document description:** [Proposed] Judgment
**Original filename:**O:\Documents and Settings\clementsm\Desktop\Fidelity Docs\Proposed Judgment
(2).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/21/2008] [FileNumber=6202654-2]
[610115a3f128535573899d18ace5ab1fe33b95491271366ad27e9d451d09e66ce20d
f59c1b83f8226c2e67052e7b7c40c1aab8810def9b3ebfc632356f8675f4]]
**Document description:**Proposed Order
**Original filename:**O:\Documents and Settings\clementsm\Desktop\Fidelity Docs\Proposed Order
(2).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/21/2008] [FileNumber=6202654-3]

[032cf5fc8714012d03dd3310dcaf6166b22924f70fe7e9322221d71485219ae16e1a
1e2b90e73a41d4565e57a729537939c45b19b7ef10ca5bbf3db89b481264]]